HON. RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| **AMERICAN FAST FREIGHT, INC.,** a Washington corporation; and **HAWAIIAN OCEAN TRANSPORT, INC.,** a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**NATIONAL CONSOLIDATION & DISTRIBUTION, INC.,** a New Jersey corporation, d/b/a NCD, Inc., NCD Companies, Inc., NCD Companies, N.C.D., NCD, NCD Global, Inc., and New Concept Distribution, Inc.; **NEW CONCEPT DISTRIBUTION, INC.,** a Nevada corporation, d/b/a NCD, Inc., NCD Companies, Inc., NCD Companies, N.C.D., NCD, and National Consolidation & Distribution, Inc.; **NCD GLOBAL, INC.,** a New Jersey corporation, d/b/a NCD, Inc., NCD Companies, Inc., NCD Companies, N.C.D., NCD, and National Consolidation & Distribution, Inc., and **NCD COMPANIES, INC.,** a corporation, d/b/a NCD, Inc., NCD Companies, N.C.D., NCD, National Consolidation & Distribution, Inc., NCD Global, Inc., and New Concept Distribution, Inc.,<br><br>Defendants. | NO. 2:07-cv-0716 RBL<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO POSTPONE TRIAL DATE AND SETTING NEW TRIAL DATE<br><br>*(Clerk's Action Required)* |

THIS MATTER has come before the above-entitled Court upon the Plaintiffs' Motion to Postpone Trial Date. Having reviewed the Plaintiff's Motion, and being advised that the Defendants consent to a one-week postponement of the trial date, the Court hereby:

ORDER POSTPONING TRIAL DATE - 1
(2:07-cv-00716 RBL)

08554875.DOC
13316.1

EISENHOWER
EISENHOWER & CARLSON, PLLC
Washington Mutual Tower
1201 Third Avenue, Suite 1650
Seattle, WA 98101
Tel: 206.382.1830
Fax: 206.382.1920

1  **ORDERS** that Plaintiffs' Motion to Postpone Trial Date is hereby GRANTED; and the
2  Court further
3  **ORDERS** that the trial date in this matter is hereby continued to <u>Monday, May 19, 2008,</u>
4  <u>at 9:30 a.m.</u>
5  The Clerk is directed to file this Order and serve a copy of it electronically upon all
6  counsel of record.
7  IT IS SO ORDERED this 29th day of August, 2007.

    _____
    RONALD B. LEIGHTON
    UNITED STATES DISTRICT JUDGE

Presented By:

EISENHOWER & CARLSON, PLLC


By: _____
    John R. Ruhl, WSBA # 8558
    Attorneys for Plaintiffs

    1201 Third Avenue, Suite 1650
    Seattle, Washington  98101
    Telephone: (206) 382-1830
    Facsimile: (253) 382-1920
    Email: jruhl@eisenhowerlaw.com

/////

/////

/////

ORDER POSTPONING TRIAL DATE - 2
(2:07-cv-00716 RBL)

08554875.DOC
13316.1

EISENHOWER
EISENHOWER & CARLSON, PLLC
Washington Mutual Tower
1201 Third Avenue, Suite 1650
Seattle, WA 98101
Tel: 206.382.1830
Fax: 206.382.1920

1  Approved for Entry:

2  MILLS MEYERS SWARTLING

3

4  By: _____
       Stephania C. Denton, WSBA # 21920
5      Janna J. Annest, WSBA # 34378
       Attorneys for Defendants
6
       1000 Second Avenue, 30th Floor
7      Seattle, Washington  98104-1064
       Telephone: (206) 382-1000
8      Facsimile: (253) 386-7343
       Email: sdenton@mms-seattle.com
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER POSTPONING TRIAL DATE - 3
(2:07-cv-00716 RBL)

08554875.DOC
13316.1

